IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE HOYT,

        Plaintiff,                      No. CIV S-11-1582 JAM GGH P

    vs.

KATHRYN GONZALES,

        Defendants.          <u>ORDER</u>

_____/

        On October 27, 2011 (docket # 15), plaintiff filed a request for reconsideration of that portion of the magistrate judge's order, filed October 7, 2011, wherein plaintiff's motion to compel unidentified non-party C.D.C.R. personnel to provide plaintiff with confirmation in the form of a signed receipt of his outgoing legal mail in the instant case was denied without prejudice. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\

\\\\\

\\\\\

\\\\\

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed October 7, 2011 (docket # 11), is affirmed.
3   DATED: May 4, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE