1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNAE HOYT,

11          Plaintiff,              No. CIV S-11-1582 JAM GGH P

12       vs.

13   KATHRYN GONZALES,

14          Defendants.            <u>ORDER</u>

15   _____/

16          On October 27, 2011 (docket # 15), plaintiff filed a request for reconsideration of

17   that portion of the magistrate judge's order, filed October 7, 2011, wherein plaintiff's motion to

18   compel unidentified non-party C.D.C.R. personnel to provide plaintiff with confirmation in the

19   form of a signed receipt of his outgoing legal mail in the instant case was denied without

20   prejudice.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless

21   "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does

22   not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2   magistrate judge filed October 7, 2011 (docket # 11), is affirmed.

3   DATED: May 4, 2012

4

5   /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26