1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                       FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8

9    JOHNAE HOYT,

10            Plaintiff,                          No. 2:11-cv-1582 JAM AC P

11        vs.

12   KATHRYN GONZALES,

13            Defendant.                          ORDER

14   _____/

15            Plaintiff has filed "objections to the magistrate judge's findings and

16   recommendations," dated January 17, 2012.  The findings and recommendations recommending

17   granting defendant's motion to dismiss for failure to state a claim were filed on December 10,

18   2012, adopted by the district judge by order filed on January 10, 2013, and judgment thereon

19   entered.  Plaintiff's belated filing does not appear to be one contemplated by the Federal Rules of

20   Civil or Appellate Procedure.  Therefore, this document will be placed in the file and

21   disregarded.

22            IT IS SO ORDERED.

23   DATED:  February 1, 2013.

24

25                                              _____
                                                ALLISON CLAIRE
26                                              UNITED STATES MAGISTRATE JUDGE

AC:009
hoyt1582.58