IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE HOYT,

    Plaintiff,               No. 2:11-cv-1582 JAM AC P

    vs.

KATHRYN GONZALES,

    Defendant.            <u>ORDER</u>

                              /

        Plaintiff has filed "objections to the magistrate judge's findings and recommendations," dated January 17, 2012. The findings and recommendations recommending granting defendant's motion to dismiss for failure to state a claim were filed on December 10, 2012, adopted by the district judge by order filed on January 10, 2013, and judgment thereon entered. Plaintiff's belated filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: February 1, 2013.

                                          /s/ Allison Claire
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

AC:009
hoyt1582.58